## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. 13-4899 |
| KEVIN MORMON | * | |
| *Appellant.* | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### APPELLANT'S UNOPPOSED MOTION TO ISSUE NEW BRIEFING ORDER & EXTEND TIME FOR FILING APPELLANT'S BRIEF

COMES NOW, Defendant, Kevin Mormon, and respectfully files this Appellant's Unopposed Motion to Issue New Briefing Order and Extend Time for Filing Appellant's Brief and in support states as follows:

1. This appeal was noted on November 26, 2013.

2. Transcripts were ordered on December 27, 2013.

3. The last transcript was received late on April 16, 2014.

4. Appellant's brief is currently due on April 29, 2014.

5. Counsel has not had adequate time to review the transcripts and draft briefs.

6. That the United States Attorney's Office has agreed to the extension of time.

7. That counsel would respectfully request a 30 day extension.

WHEREFORE, Defendant, Kevin Mormon, by and through counsel, respectfully prays this Honorable Court issue a new briefing order and extend the time for filing Appellant's brief by 30 days.

April 24, 2014                                    _____//s//_____

Bennett J. Wills
Law Offices of Thomas M. Donnelly, LLC
401 E. Pratt St., Suite 1321
Baltimore, MD 21202
410-528-9200
Bennett@mdappeals.com
*Counsel for Appellant Kevin Mormon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2014 a copy of the foregoing document was served on all parties or their counsel of record through CM/ECF system.

April 24, 2014 _____ //s//_____
Bennett J. Wills